# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **TRACY SOUSLEY,** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | MO:24-CV-00117-DC |
| | § | |
| **INSIGNIA HOSPITALITY GROUP,** | § | |
| **INC. d/b/a HOLIDAY INN,** | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is the report and recommendation from United States Magistrate Judge Ronald C. Griffin[1] concerning Defendants' motion to dismiss, or, alternatively, for a more definite statement.[2] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Griffin issued his report and recommendation on December 27, 2024. As of the date of this order, no party has filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error.[3]

---

[1] ECF No. 9.
[2] ECF No. 6.
[3] *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.[4] Defendant's motion to dismiss is **DENIED** while its motion for a more definite statement is **GRANTED**.

Plaintiff is **ORDERED** to restate her case and replead with claims with more specificity.

Plaintiff is **ORDERED** to file her First Amended Complaint no later than thirty days from the date of entry of this Order.

It is so **ORDERED**.

SIGNED this 13th day of January, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[4] ECF No. 9.